

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00159-CV

Kenneth Brown and Laura **BROWN**,
Appellants

v.

**THE HORIZON OWNERS ASSOCIATION**, Inc.,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16794B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Irene Rios, Justice

Delivered and Filed:  July 26, 2017

DISMISSED FOR LACK OF JURISDICTION

Kenneth Brown and Laura Brown appeal the trial court's interlocutory order granting the

Horizon Owner's Association, Inc.'s motion to compel arbitration and staying the proceedings in

the trial court. A trial court's order compelling arbitration and staying proceedings in the district

court is not subject to interlocutory appeal *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.098

(West 2011); *see also Chambers v. O'Quinn*, 242 S.W.3d 30, 31–32 (Tex. 2007) (per curiam)

(explaining that neither the FAA nor the TAA allow interlocutory appeals from orders compelling

arbitration). Therefore, the trial court's order is not an appealable interlocutory order, and this

Court does not have jurisdiction over this interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2015), § 171.098.

On June 8, 2017, we ordered appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellants did not respond.

Therefore, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Costs of appeal are taxed against appellant.

PER CURIAM